UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DONALD KEFFLER,<br><br>　　　　　　Defendant. | Case No. CR02-0212-TSZ<br><br>ORDER DENYING MOTION TO MODIFY TERM OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's *pro se* Motion to Modify or Terminate Supervised Release Conditions as Unconstitutional (Dkt #64). The Court has reviewed defendant's motion, together with the Government's response (Dkt # 66), and the record herein. As set forth in the Government's response, the Court is not precluded from imposing both the maximum statutory term of imprisonment and the maximum statutory term of supervision. Defendant's motion is hereby DENIED.

The Clerk is directed to send a copy of this Order to counsel of record and to the *pro se* defendant at the address provided on the docket.

DATED this 1st day of February, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

ORDER - 1